ALICE BONITA BRANDT v. ROBERT O. BRANDT

No. 75A89

(Filed 5 October 1989)

APPEAL by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 92 N.C. App. 438, 374 S.E.2d 663 (1988), affirming the judgment of *Morelock, J.,* entered 11 September 1987 in District Court, WAKE County. Defendant's petition for discretionary review of additional issues allowed 7 March 1989. Heard in the Supreme Court 13 September 1989.

*Smith, Debnam, Hibbert & Pahl, by John W. Narron and Lisa C. Bland, for plaintiff appellee.*

*Merriman, Nicholls & Crampton, P.A., by Nicholas J. Dombalis II and Elizabeth Anania, for defendant appellant.*

PER CURIAM.

Defendant's petition for discretionary review of additional issues improvidently allowed. The decision of the Court of Appeals is

Affirmed.